IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | : Case No. GLR-21-0390 |
| | : |
| **SCOTT ELI HARRIS** | : |

## ORDER

Upon consideration of the defendant Scott Eli Harris's Consent Motion to Modify Conditions of Release, and with no objection from the government, the motion is hereby GRANTED. Mr. Harris's Conditions of Release (ECF 6, 13) are hereby MODIFIED to remove Patrick Harris as a third-party custodian. All other conditions of release remain in effect.

.

_Thomas M. DiGirolamo_    10/29/2021
Hon. Thomas M. DiGirolamo
United States Magistrate Judge