IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES : | |
| : | |
| : | |
| v. : | Case No. GLR-21-0390 |
| : | |
| : | |
| SCOTT ELI HARRIS : | |

### ORDER

Upon consideration of the defendant Scott Eli Harris's Consent Motion to Modify Conditions of Release, and with no objection from the government, the motion is hereby GRANTED. Mr. Harris's Conditions of Release (ECF 6, 13) are hereby MODIFIED as follows.

1. Mr. Harris is permitted to travel throughout the Eastern District and Northern District of Texas without prior approval of Pretrial Services. This supersedes the original condition restricting Mr. Harris's travel to the Eastern District of Texas without prior approval of Pretrial Services.

2. Mr. Harris is permitted to take a 10-day trip with his family to the states of Georgia and Alabama. Mr. Harris must submit his itinerary to Pretrial Services in advance for review and approval. Pretrial Services may deny his travel at any time if Defendant fails to comply with this Order and the Order Setting Conditions of Release.

3. The original condition prohibiting Mr. Harris from possessing a cell phone is hereby removed. Mr. Harris is permitted to obtain a new cell phone. Defendant must supply all the information about his cell phone and carrier to Pretrial Services who may inspect the cell phone at any time.

All other conditions of release remain in effect.

1/26/22  *A. David Copperthite*
A. David Copperthite
United States Magistrate Judge