| PROB 22 (Rev. 1/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | GLR-1-21-CR-00390-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott Eli Harris | Maryland | Baltimore |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George L. Russell, III | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/14/2023 | TO 06/13/2026 |

**OFFENSE**
Threats Transmitted by Interstate Communication, 18:USC:875(c)

**SENTENCING DATE:** 08/22/2022

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Harris resides in Texas with no ties to Maryland.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/5/24
*Date*

*[signature]*
*United States District Judge*
Honorable George L. Russell, III

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 7, 2024
*Effective Date*

*[signature]*
*United States District Judge*
AMOS . MAZZANT, III